# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2023 JAN 23  PM 4: 09

DEPUTY CLERK_____ mb

Plaintiff Saybree Fillyaw
micro title etc. hudson
v. Lance waggoner title group etc.
Scott orton
Joshua carpenter Jereral carwell
Defendant edgemere assesscant liens

**3-23CV0176-M**

Civil Action No.

---

### COMPLAINT

I am sue in there officeal and indivual
capculy for violation of rights
defermation breach contract interfenence
with contracts and relationships

\* Attach additional pages as needed.

Date            Jan. 21, 23

Signature       Saybree n Fillyaw

Print Name      Saybree Fillyaw

Address         33 Starlight dr

City, State, Zip    hutchins, Tx, 75141

Telephone       903-443-6415

1

on or about Jan. 21. 22 i recuried
a phone call from my partner
buyer, employee's (Christopher
Jackson  ankur amdigo) and my
title company i hired (miller title)
by lance waggoner owner of
micro title bribe him and a promise
robert perez to forward my employee
partner Buyer ~~contract~~ monies, to him
interfering with my contracts and
relationship and talking badly
about me to my title company etc.
Robert perez came into agreement
with lance waggoner discremenates
breash contract and interfered
with my contract relationships as
along with lance waggoner owner
of micro title company scated
at robert assistant called me
dec. 10. 21 after recurie me ankur
employee buyer custome partner
contract that title work was
complete and ready lance
waggoner felled the title
request and provide documents

2

for the properties for Robert perez
miller title my hiring title company,
after several month or hance and
Roberto communication and get
knowledge of my contract
they bot intentional deliberate
and malicousey interfered with
my contract silurtorships
after get knowledge of my contract
with ankur etc robert said who
would work a black girl and
refuse to close the deal after approval
and recwie title communent on the
property R roberto would string
us along as property was have
title issues (curatives)(which
was not true those same properties
have closed and sold the same
properties my employee buyer
custome, partners were salling and
that i was salling refused to
issue title policy and insurance
breach his contract with my
employee buyer custome, partners
after get knowledge of my contract

title
insue
11,
robert

propertied
that
sold

all
contract
ankur
N12

in place with Mr ankur sin digo
and Christopher Jackson and
Lance waggoner owner of microtitle
and robert mgr. of miller title
Companies refused to close the
deal and cause me damage to
lose buy and sale properties
monies buyer customers etc.
because of the illegal act and
violation of my civil rights
and a total disreguards for the
united state constitution because of
Lance waggoner and robert perez
and there staff at miller title
company and microtitle title
company robert forward my
employee buyer customer partners
interfering to Lance waggoner
on          after title work was
approved for title policy and
insurance robert still refused
and forward contract to Lance
waggoner refux to close the
deal cause me damges etc.
and after Lance waggoner got →

*[margin notes, top to bottom:]*
Chris
IV
went
me
maybe
one
with
chris
once
&
me

refused
close
deal

lost
monies

copy
forward
contract
Ankur

date
forward?

damages

4

control of my buyer employee
customer contract and monies
he Lance began interfering
with the contracts and
relationship he Lance had about
me to my employee buyer
partner customer cause me
damages and defermation of
Character Charitivize me and
my bussiness embrassment etc.
Say i was a uneducated black
girl (female) (Say true fillyes)
after speaking to Roberto perez
miller title company and my
employee buyer customer partners
for several months Lance harrassed
my employee customer partner buyer
Christopher Jackson and withholding
information from my buyer etc
(title committment and give out false
info string my employee buyers
etc along Lance waggone are
that my christopher Jackson
And ensure ambigo sign a
letter clear all contract, buyers

*(margin notes:)*
Lack bad about me
defermation character
withheld info
sign letter

5

etc. to Suez and return to him
that had nothing to do with
title work which told them he need
it to close the deal both deny me
public services etc. damages etc.
Lance waggoner and roberts both
denied me public service, defamation
Charater discriminated breach contract
Roberts false information (writes title issues)
violate my civ rights interfering
with my contracts and relation-
ships etc. after come into agreement
with each other and talking for
several months (~~del~~) maybe
longer after receive title policy
and insurance for the deals,
properties and receive the
title commitment and title
insurance from they they were
both refuse me services for those
reason etc. cause me (Saybree
Question (fellyaw) damages by Questioning
harrasson harrassing after christopher
about have knowledge of
me saybree fellyaw and are

6

Contract relationship etc.
anker, Christopher ▓▓▓▓ said yes
and Lance talked bad about me
and that he did not like uneducated
black females and that he was not
close the deal and saying other
illegal degrading things about me
(Saying Fillyaw) to anker, Shanson
Chris etc. intentional delibrate
Maliously interfering with my
contracts and relationships cause
me damages i ask them both to
please stop and close the deals
begging them they refused and
continue refusing Lance waggene
owner of microtitle and Roberto
perez office mgt. of miller title
Lance roberto started take call from
all said party's and stole money
Refunding some not all of the funds
to anker and refuse to close the
deal. with the illegal act i lost
monies employee customer buyers
partners, and some of my relation-
ships also stop me from enjoyment

begging
Stop

title
Address

7

and participating in programs etc.
<u>stop happiness</u> miller title who; hired to orginal
close the deal before the inter-
ferences etc. they both refuse to
honor documents discrimatee
interfere etc after been approved
<u>title comment</u> for title policy and title insurance
on all said properties and some
properties have sold lance filled
title request (document on property) for
roberto perez aka miller title then
bribed robert miller title to forward
back to hance waggona aka
Microtitle roberto agreed lance
did not like because; have had
other issue with lance waggana
microtitle Plus; was a black
femal, uneducated etc and
<u>what they said roberto lance about me</u> roberto because; was black
female with my own bussiness
and he did think he or no one
should work for a black female
as well. cause me damages ▬
<u>defenueyo hold money intrest</u> etc. they both withheld contract
monies for several months drawing

8

intrest at there bank like they
allow did at city national
bank on west 2nd corsicana, Tx
75110 for microtitle not sure of
miller title bank at this time
misuse there (lic.) and (power)

*title done approve held several month* title commument had been done
and approved for several months
but monies contract monies
information etc with held from
all parties in this suit and
( Soybreu fullyam, arthur amdigo
Christopher Jacksan etc.

*nobroto gave confidental info* roberto also gave out
confidental information to lance
waggor violate privacy act
roberto and lance was a long
lenger problem and cause stress
lost fund etc. for a long lingerin
time I ask both to stop interfering
several times they refused I told
them I would sue them if they
did not stop but they continued

*stop interferent* violate my rights and there
illegal acts they said no because

9

i was black and uneducated
(which is not true completed
12th grade (high school deploma
i did not recevied but (GED) i
have singles mother spend daye
preparing for my children other
community family friend in all
ways) Roberto perez and his
staff at miller title company
and lance waggoner at
microtitle who both cause
me damages stress ~~anxiety~~
homlessness etc by interfering etc
with my bussiness, monies
contract etc.

Saymree R. fillyno
Jan. 15. 2023

11 pages
end of microtitle

Microtitle
Company

1) roberto perez
miller title etc.
Kelly Valerino AKA

2) Lance waggoner AKA
micro title etc.
Kelly Valerino AKA

anker amdigo

Chris Jackson

Saybree fillyaw

Joshua carpenter AKA  Carpenter Law firm
hudson group title
Scott orbon
AKA Redwood buyers

Jenita carwile AKA hudson
group title

12

Josh Carpenter

Scott Ovbson

Josh carpenter and Scott
ovban and hudson Group title
breach contract discriminated
interfered Cause defamation
of Character and denied me
public services etc knowledge after
come into agrement with
navarro Abstract Micro title
Miller title bostonnation & wfg
title come owner and staff
after get Knowledge of my
contracts employee, buyer,
partner, Customers intentiond
delibrate malicously cause
me Sayhyes fellyas damages
stop me from parcipate in program
Buying and Sale properties i
lost monies employee buyer
Customers partners and had to
end my relationships because
of the illegal acts of said parties
in this lausuit intentional
interfering discriminate, breach
contracts, determation of Character etc.
knowingly delibrato malicousley

13

because they did not like blacks and
did not think they had to work
for black female etc. Josh AKA
Josh carpenter owner of carpenter
law firm, and owner of hudson
title Josh misrepresented
Saymee fillyaw and luther brewn
by say he was allow us to hire
him for lawsuit against said
parties to (gain abess to all my
documents) then come into a agrea-
ment with micro title, miller title
navarro abstract title boston
national title, wfg title and
refused title insurance and title
policy after get knowledge of
my contract Josh gave several
excuse string me along Josh denied
me public services after get knowled
of my contract ok and instructed to do
his staff and bribed my buyer
not to buy Josh had my escrow
officer stop take calls from me
after my escrow officer notified
me title was ready and day we

excuse
string
along

the same

ms state

14

was to close Josh refused to give
my buyer copy of title commitment
and bribed buyer not to buy i
lost that buyer (Scott orbon)
after Scott came into agreement
with Josh he started refuse my
calls answer and disconnect
give me no reason other than
properties were not ready after
consider date we was to close
As it date was be reschedule
which was not true. Navarro
abstract promised Josh
Carpener and Scott orbon
properties they they were try
purchase else were Josh
golf course house and or
promised gifts monies and
instructe my escraw officer
Jenila carwile to not issue
the title policy and title
insurance and also give buyer
false information (Josh misrepresent
to get acess to my demond and
Breach contract at his lawfirm

1 lost
Scott
get
copy
monies
control

golf
course

false
info

5-6

and title company and
interfered with my contracts
and relationship after josh
and his staff continue to string
me along and luther brown
as if he was gone close deal
and represent us in a
lawsuit just to gain acess to
my contracts document
relationships but after come into
agreement with navarro Abstract
microtitle miller title etc and
speaking with navarro, micro
title for several month hold
contracts and monies
bribed promise gifts, swindle etc
my buyer, customer etc not to
Buy and my escrow officer
. Jenica not to close deal or
issue title policy or title
insurance josh x scott who would
even say properties had curatives
and they could not close because
of that reason but those same
properties have sold today.

hold

Properties sold

16

after get knowledge of my
contracts and relationships
i had with my byer customer
partner employee all deals in
place were stopped, found
. myster to descremated against
breach contracts and contracts
being interfered and relation-
ships etc by chere continual
and title compaines
this went on for several month
Scott Stop answer and Josh
Jenita as well Jenula word
say she working on the curatue
effectively after give close
date and after come into
agreement with Josh and
Scott etc. and would
withhold info moves contract
for Josh as instructed but
to also join in the violation
of my civil rights descremation
etc along with Josh and
Scott they continue to all
do the same thing even

17

and refuse to close deals and
collect monies also stop taxes
from be paid etc. Scott orbon
also is the owner of Redwood
buyer LLC. breach contract
and discreminated etc after come
into agreement with Joshua
Carpenter and Tehita camille
after several month and (one day
we was suppose to close) deal
Scott was no were to be found
give no reason and stop all
communicate and phone calls
with me buyer partner customer
etc. after speak with Josh and
his staff Scott came into agree-
ment with them Josh navarro
Abstract microfiche were sucessfuly
and hinder my enjoyment and stop me
from happiness etc. Give false-
information, withholding information etc.
Scott was swindle bribed and/or
promise gift etc to join them
cause me damages and stop me
from participate in programs

Buy and selling houses, stop
monies etc by intentional
Interfering to Satsfy other
maliccously and deliberately
with my Contracts and
Relationship. Scott breach
his contract he had with
me (say free tillyou) etc. they
all came into agreement
with each other after get
Knowledge of my contracts
and Relationships and, title
Companies cause me damages
discroninate breach contract
Interfering withdding monies, into
Contracts etc, they all would
String us a long and total
Refuse to issue title policy
Or title insurance after
Receive title commitmet back
Clear all properties have sold
at this time or at least the
one invovled in this lawsuit
this went on for several
Months and still today will

19

only
signature

Saybrue -x /illyaw
Jan. 15, 2023

9

Josh

Carpenter Scott

hudson Kentey

gray Nelwood Berry

Kirk

serveia

Kelly

Joe

Brown

cerus at

boston

National

new hus

day

sold

relased

Case

navarro

Combine

microd

Not

Scott

one

Compleat

*Josh Scott*

20 those Folks here to this lawsuit
holding monies in there bank
drawing intrest and total
disreguard for the united
State constitution and
Violate of Sayme fillyou
      Civil rights. etc

               Jan. 15. 2023

               Saybree, N. fillyou

21

ps while these title companies
violate my right intentional
deliberately and mallicouse
in reguardes to the related
case notice attach to this
Compliant Case #

3:22-cv-1112

ginger maness AKA gentry maness
has fabricated a poa

2) kidnap vivian from her home

3) Aps of corsicana fabricated
report to satisfy other leave
ginger maness AKA gentry maness
to extort vivian hicks and
saybree fillyaw all reports of
illegal acts were refused
by all entities and law
enforcement off of
navarro county
corsicana texas
city police and sheriff
and aps worker
Turn blind eye refuse to
report illegal act or investigate

P.S we want to pay taxes

22   renal properties rent stolen
monies stolen, properties stolen
document fabricated gov. damages
kidnapping to satisfy others
seperate hends are
good We stop us from
pursuing happiness
Saybree Tillyo
Vivah hicks
ankue Dieg
Zakkiyah gomez etc
Judge refuse to be investegate
internal affairs rehonda troids
laugh but would not do
nothing
tanner havarro
Sheriff laugh would do
nothing and millions ok
dellars gave to Judge
davenport court navarro
County Corsicana. TX
removed, stolen from are acct.
for no reason all into
agreement to help with
illegal acts against
me Saybree Tillyac
Jan.15, 2023

23 also on Jan, 21.23 the head
nurse (wendy) and brian
memory specialist attacked me
came into agreement and stop
all visit violation visitation
right of vivian and mine Isolate
her from herelove ones after he
brubed by ginger maness to stop
all visit ginger maness has been
extorting and steal money from
her aunt vivian Sever Aps repeated
they were promised monies and gifts
to deny visit and call/notify
Ginger any time vivian hicus get
a visit Ginger has been try keep
control of vivian and her inheritant
they refused visit at (edgemere
nursing home 8502 edgmere of of
w 6300 Hwy dalea, Tx. 214-265-9100
they followed me around nursing home
head nurs (wendy       and activity
nurse took photo of me and they
called police but police said
there not getting involved they would
stop harrassing me, stalking me

24 edgemere assistant living
nursing home and there staff
they deny visit, screen phone,
pre ginger who has fabricated
gov. documents to get control
and has paid police sheress
etc. by bribe them to do as
she say. they all continue
to interfere with my contract
and relation shep i have and
vivian have together from the
niece to ginger maness, to city
police and sheriff refuse to
take report investigate and help
ginger extort vivian cuz there all
in agreement with each other to
aps fabricate report i made to
satissy other and not protect vivian
like the police did, ginger cuz there
all in agreement with each other
to interfere with me vivian relation-
shep they refuse to keep us both
saff protect us to satisfy other
sue edgemere assist living fer
interfe with contracts and
relationships to interfere suprate isolate-

they help stop are bussines
are happiness, enjoyment etc.
after come into agreement with
ginger maness and seperate vivian
from her love one Saybree fellyaw,
luther brown violate are rights
Jan. 15. 2023

Saybree -R. Fillyaw

Saybree -R. Fillyaw

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff   Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Navarro

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

JAN 23 2023

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1   U.S. Government Plaintiff | ☒ 3   Federal Question *(U.S. Government Not a Party)* |
| ☐ 2   U.S. Government Defendant | ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*     *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

NORTHERN DISTRICT COURT

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 320 Assault, Libel & Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☒ 190 Other Contract | ☒ 360 Other Personal Injury | ☒ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☒ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☒ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
breach contract, discrimination, interference with contract and

Brief description of cause:   relationship

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 7 million

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions:)*    JUDGE   Ramirez     DOCKET NUMBER   3:22-CV-1112

DATE

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____